IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

        Plaintiff,           No. CIV S-09-3089 MCE CMK (TEMP) P

  vs.

DAVE DAVEY, et al.,

        Defendants.        ORDER

_____/

        Plaintiff has filed a motion in which he requests that he be transferred to another prison. However, generally speaking, the court does not have the authority to order inmates transferred because there is no federal right to be housed at a particular prison. See Meachum v. Fano, 427 U.S. 215 (1976). To the extent plaintiff believes his current conditions of confinement violate federal law, he should initiate a separate action.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 6, 2011, motion for a transfer is denied.

DATED: June 15, 2011

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

/mp
lope 09cv3089.31