IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

    Plaintiff,                          No. CIV S-09-3089 MCE CMK (TEMP) P

  vs.

DAVE DAVEY, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        In a document filed June 20, 2011, plaintiff makes some rather serious allegations against defendant Davey. Essentially, plaintiff alleges his life is in danger due to retaliation by defendant Davey for the filing of this lawsuit. Given the nature of the allegations, IT IS HEREBY ORDERED that counsel for defendant Davey file a response to the document filed by plaintiff on June 20, 2011, by June 29, 2011.

DATED: June 22, 2011

                                                        /s/ Craig M. Kellison
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

kc
lope 09cv3089.trn(1)