IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

    Plaintiff,                        No. CIV-S-09-3089 MCE CKD P

    vs.

DAVE DAVEY, et al.,

    Defendants.               ORDER

_____/

       On August 26, 2011 defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: October 13, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
lope3089.46osc

1